It provides that it is enacted "solely to raise revenue" and is "in addition" to the taxes levied under ordinance No. 985; that persons carrying on basketball, football, softball, or baseball games where an admission is charged shall pay a tax of two cents for each ticket sold (§ 20). Also included are boxing and wrestling exhibitions (§ 21), circus or similar exhibitions (§ 22), public dance halls (§ 23), ice or rollerskating rinks (§ 24) museum, store show, theatrical or vaudeville performances (§ 25), concert halls (§ 26) and theatres (§ 27). Exceptions are made for admission paid by persons in military service (§ 29) and children under 12 (§ 29½).

The same constitutional objections are made to this ordinance as were made in the Bakersfield case and on the authority of the latter case, the judgment declaring such ordinance valid is affirmed.

Gibson, C. J., Shenk, J., Traynor, J., Schauer, J., and Spence, J., concurred.

Edmonds, J., concurred in the judgment.

Appellant's petition for a rehearing was denied November 2, 1950.

229 P.2d 357]

[S. F. No. 18286. In Bank. Mar. 30, 1951.]

THE OWL DRUG COMPANY Appellant, v. JAMES G. BRYANT, as Director of Department of Employment, Respondent.

Adams, Duque, Davis and Hazeltine for Appellant.

Fred N. Howser and Edmund G. Brown, Attorneys General, Charles W. Johnson and William L. Shaw, Deputy Attorneys General, for Respondent.

THE COURT.—This appeal from a contempt judgment presents the same question as that involved in *John Breuner*

*Co.* v. *Bryant, ante,* p. 877 [229 P.2d 356], decided this day, and on the authority of that case it must be held that the judgment is not appealable.

The motion to dismiss is granted, and the appeal is dismissed.

229 P.2d 357]

[S. F. No. 18287. In Bank. Mar. 30, 1951.]

C. L. TILDEN & COMPANY, Appellant, v. JAMES G. BRYANT, as Director of Department of Employment, Respondent.

Fabian D. Brown for Appellant.

Fred N. Howser and Edmund G. Brown, Attorneys General, Charles W. Johnson and William L. Shaw, Deputy Attorneys General, for Respondent.

THE COURT.—This appeal from a contempt judgment presents the same question as that involved in *John Breuner Co.* v. *Bryant, ante,* p. 877 [229 P.2d 356], decided this day, and on the authority of that case it must be held that the judgment is not appealable.

The motion to dismiss is granted, and the appeal is dismissed.

229 P.2d 358]

[S. F. No. 18288. In Bank. Mar. 30, 1951.]

WALKUP DRAYAGE & WAREHOUSE COMPANY, Appellant, v. JAMES G. BRYANT, as Director of Department of Employment, Respondent.